JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RODRIGUEZ, on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE,<br><br>Defendant. | Case No: 5:19-cv-480-AB-SP<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed: March 18, 2019 Trial Date: March 22, 2021 |

# ORDER

Based upon the Stipulation, the Court hereby dismisses this action with prejudice.

**IT IS SO ORDERED.**

Dated: January 15, 2021

_____
UNITED STATES DISTRICT COURT JUDGE